THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. STANTON, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Stanton* v. *Waldo,* 163 App. Div. 892, affirmed.
(Argued January 5, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1914, which dismissed a writ of certiorari and affirmed a determination of the defendant dismissing the relator from the police force of the city of New York.

*Auel B. Silverman* and *David M. Neuberger* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *Leon N. Futter* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.